UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ANNJANETTE DENEE CRAWFORD,<br><br>    Plaintiff,<br>v.<br><br>TRANSWORLD SYSTEMS, INC.,<br><br>    Defendant. | Case No: 4:17-cv-00137- RLY-DML<br><br>Honorable Judge Richard L. Young |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, ANNJANETTE DENEE CRAWFORD ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated:   12/19/2017

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com

Daniel W. Pisani
Sessions Fishman Nathan & Israel, LLC
120 South LaSalle Street, Suite 1960
Chicago, IL 60603
Phone: (312) 578-0994
dpisani@sessions.legal